Dismissed and Memorandum Opinion filed July 5, 2007








Dismissed
and Memorandum Opinion filed July 5, 2007.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-07-00147-CV

____________

 

JEFFREY DICKER, Appellant

 

V.

 

KLEIN INDEPENDENT SCHOOL DISTRICT, Appellee

 



 

On Appeal from the 152nd District Court

Harris County, Texas

Trial Court Cause No. 2006-09540

 



 

M E M O R A N D U M   O P I N I O N

This is
an appeal from a judgment signed January 25, 2007.  On June 13, 2007, the
parties filed an agreed motion to dismiss the appeal in order to effectuate a
compromise and settlement agreement.  See Tex. R. App. P. 42.1.  The motion is granted.

Accordingly,
the appeal is ordered dismissed.       

PER
CURIAM

Judgment rendered and Memorandum Opinion filed July 5,
2007.

Panel consists of Justices Anderson, Fowler, and Frost.